IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANITA SAGON and BENJAMIN SAGON,

        Plaintiffs,

  vs.

SAFEWAY INC.,

        Defendant.

No. 3:18-cv-5248

NOTICE OF REMOVAL TO FEDERAL COURT

TO:      THE CLERK OF THE COURT

AND TO:  CURTIS M. JANHUNEN, Attorney for Plaintiffs

Please take notice that Defendant Safeway Inc. hereby removes to the United States District Court for the Western District of Washington the action described below.

On February 27, 2017, Defendant Safeway Inc. was served with a summons and complaint regarding an action that was originally commenced in the Superior Court of the State of Washington in and for Grays Harbor County, entitled *Anita Sagon and Benjamin Sagon v. Safeway, Inc.,* Grays Harbor County cause number 18-2-0162-14. Copies of the summons and complaint that were served on Safeway Inc. are attached hereto as **Attachment 1** and **Attachment 2**, respectively. The first date upon which defendant received a copy of the complaint was February 28, 2018.

NOTICE OF REMOVAL TO
FEDERAL COURT - 1
R:\6839\PLEADINGS\removal.notice.fed.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1   This action is a civil action by Anita Sagon and Benjamin Sagon asserting
2 personal injury claims against Safeway Inc. The amount in dispute is more than $75,000.
3 There is complete diversity because the Plaintiffs are citizens of the State of Washington
4 and the Defendant is a corporation organized under the laws to the State of Delaware
5 with its principle place of business in the State of California.
6   This court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)
7 because it is between citizens of different states and the amount in controversy exceeds
8 $75,000. This claim is removable to federal court by the defendant pursuant to 28 U.S.C.
9 §1441 based on diversity jurisdiction.

10                      INTRADISTRICT ASSIGNMENT

11   This claim arises out of an incident which occurred in Grays Harbor County and
12 originated in Grays Harbor County. In accordance with LCR 3(d), this case should be
13 assigned to a judge in the Tacoma Division.
14   Dated: March 28, 2018.

15                      TURNER KUGLER LAW, PLLC

16                      By:      s/ John T. Kugler
                                 John T. Kugler, WSBA # 19960
17                               Attorney for Defendant Safeway Inc.



NOTICE OF REMOVAL TO
FEDERAL COURT - 2
R:\6839\PLEADINGS\removal.notice.fed.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff:</u>
Curtis M. Janhunen
Brown, Lewis, Janhunen & Spencer
101 S. Main St.
P.O. Box 111
Montesano, WA  98563

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    *s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

NOTICE OF REMOVAL TO
FEDERAL COURT - 3
R:\6839\PLEADINGS\removal.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679